IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

TAMMY McNEIL, on behalf of herself
and all others similarly situated,

Plaintiffs,

v.                                              Civil Action No. 4:15cv81

FANEUIL, INC.,

Defendant.

## ORDER

This matter is before the Court on Plaintiffs' Motion for Order Adopting the Report and Recommendation of Magistrate Judge Krask Approving the Settlement ("Motion"). Doc. 209. On September 25, 2017, United States Magistrate Judge Robert J. Krask issued his Report and Recommendation, Doc. 207, on the Parties' Joint Motion for Settlement Approval, Doc. 194 ("Joint Motion"). Judge Krask RECOMMENDED that the Court GRANT the Joint Motion. See Doc. 207 at 1.

**FINDING** that the Report and Recommendation, Doc. 207, provides a thorough and well-reasoned analysis of the fairness of the settlement, the Court hereby **ADOPTS** the factual findings and legal conclusions therein. Accordingly, the Court **GRANTS** Plaintiffs' Motion, Doc. 209, and the Parties' Joint Motion, Doc. 194, and **APPROVES** the settlement of this case.

The Clerk is **REQUESTED** to deliver a copy of this Order to all counsel of record.

1

It is so **ORDERED**.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

HENRY COKE MORGAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
November 28, 2017